

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00227-CV, 04-14-00228-CV, 04-14-00229-CV, 04-14-00230-CV

**BEXAR APPRAISAL DISTRICT**,
Appellant

v.

**SIVAGE INVESTMENTS, LTD.** and Sivage Community Development, Inc.; Bitterblue Inc., Niemann Family Partnership, Linda Wittig, Custodian, et al., and Bitterblue/Two Creeks Phase Two Ltd.; Smithson Road Development, Ltd.; and LaCantera Development Corp., Appellees

From the 408th Judicial District Court, Bexar County, Texas[1]
Trial Court Nos. 2012-CI-04570, 2013-CI-08083, 2013-CI-18487, 2013-CI-03133
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED. It is ORDERED that Appellees Sivage Investments, Ltd. and Sivage Community Development, Inc.; Bitterblue Inc., Niemann Family Partnership, Linda Wittig, Custodian, et al., and Bitterblue/Two Creeks Phase Two Ltd.; Smithson Road Development, Ltd.; and LaCantera Development Corp., recover their costs of appeal from the Appellant Bexar Appraisal District.

SIGNED November 19, 2014.

Catherine Stone, Chief Justice

---

[1] 04-14-00228-CV – From the 407th Judicial District Court, Bexar County, Texas
04-14-00229-CV – From the 45th Judicial District Court, Bexar County, Texas
04-14-00230-CV – From the 288th Judicial District Court, Bexar County, Texas